FILED
*April 6, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk



# IN THE THIRD COURT OF APPEALS
# OF TEXAS AT AUSTIN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## No. 03-14-00404-CV

## KEVIN TOWER AND KARRIE LYNN TOWER,
*Appellants,*

v.

## BANK OF AMERICA, N.A.
## Appellee.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPELLANTS FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

COMES NOW APPELLANTS Kevin Tower and Lynn Tower ("Appellants") and files this their First Motion for Extension of Time to file a Reply Brief, and in support thereof, would show as follows:

## I. FACTS

1.      This matter originated from the Hays County Court at Law.  Appellants' were the Defendant's in a case styled, *Bank of America, N.A. v. Kevin Tower*, Cause No. 13-0320-C.

2.      Appellants' received notice that Appellee's brief was filed on March 12, 2015 thereby making the deadline for filing a Reply Brief April 1, 2015.[1]

3.      Appellant Kevin Tower was recently promoted at his employ which has caused great delay in a number of tasks most importantly the filing of the Reply Brief.  With an inordinate number of additional tasks required of him with his new position he has had no time to set aside two uninterrupted days to focus on crafting the arguments required for the Reply Brief.

---

[1] Texas Rules of Appellate Procedure §38.6(c) of within 20 days after the date the appellee's brief was filed

RECEIVED
APR 0 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

4.    It must be noted that the Appellant's are fighting for their home, the single most important asset they own.  Therefore it is desperately important that a Reply Brief be filed to distinguish certain important points of law.

## II. ARGUMENT & AUTHORITIES

5.    Tex. R. App. P. 38.6(c) demands the Appellants' Reply Brief be submitted within 20 days of the Appellee filing its brief.  Tex. R. App. P. 38.6(d) does, upon motion, allow for a modification of the timelines in which to file the brief provided this motion complies with Tex. R. App. P. 10.50(b), which the undersigned believes to be the case.

6.    However, for good cause this Court may grant an extension.  Appellants are confident that with the impending holiday twelve (12) additional days from the date of submission of this motion shall be sufficient time in which to file its brief.

## III. PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant preys that this Court grant an extension of time to file Appellants Appeal Brief.

Respectfully submitted:

Kevin Tower

Pro Se

4/2/15

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2th day of April 2015, a true and correct copy of the foregoing was served as stated below pursuant to the Texas Rules of Civil Procedure.

Mr. Jonathan M. Williams
Marinosci Law Group, P.C.
14643 Dallas Parkway. Suite 750
Dallas, Texas 75254

Confirmed Facsimile to (972) 331-5240

Kevin Tower

4/2/15